[No. 5103.]

# CHARLES COLLINS ET AL. v. N. SCHEELINE ET AL.

ACTION AGAINST A BANKRUPT WHILE PROCEEDINGS ARE PENDING.—If a debtor
has been declared a bankrupt under the provisions of the act of Congress,
a creditor, whose claim has been proved before the Commissioner in Bank-
ruptcy, cannot commence an action against him to recover judgment on the
claim before·the proceedings in bankruptcy have been determined, without
permission of the Court in which the bankruptcy proceedings are pending.

APPEAL from the District Court, Third Judicial District, City
and County of San Francisco.

February 1st, 1869, the defendants gave the plaintiffs two
promissory notes due four months after date. On the 31st day
of October, 1869, one M. H. Myers, a creditor of the defend-
ants, petitioned the District Court of the United States for the
District of California to have the defendants declared bankrupt.
On the 9th day of November following, the Court adjudged the
defendants to be bankrupt, and on the 17th day of December,
1869, Henry C. Hyde was appointed assignee. On the 22nd
day of September, 1872, the plaintiffs proved their claim before
the Commissioner in Bankruptcy.

On the 13th day of January, 1875, the plaintiffs brought this
action to recover judgment on the notes. Up to the time of the
commencement of the action, no further proceedings had been
taken in the bankruptcy proceedings. The Court rendered
judgment for the plaintiffs, and the defendants appealed.

*Howe & Rosenbaum,* for the Appellants.

*S. M. Wilson,* for the Respondents.

By the COURT:

This action was prematurely brought. It does not appear
that the proceedings in bankruptcy have been determined. The
action could have been commenced only on obtaining permission
of the Court of Bankruptcy. (Rev. Stats. U. S. sec. 5105;
Bump on Bankruptcy, p. 685; *Dingee* v. *Becker,* 9 Bank. Reg.
508; S. C. Leg. Int. 156.)

Judgment reversed, and cause remanded.